Henry L. Brant, Appellant, v. Philip C. Sieger, Respondent.— Motion denied, with costs. Present — Woodward, Jenks, Burr, Thomas and Rich, JJ.

In the Matter of the Application of Bernhard Bloch for License and Admission to Practice as an Official Examiner of Title.— Application granted and bond approved. Present — Woodward, Jenks, Burr, Thomas and Rich, JJ.

In the Matter of the Application of Frederick Wood Griffin for Admission to the Bar.— Application granted and order signed. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

In the Matter of the Application of Otto Pape for Admission to the Bar.— Application granted and order signed. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

Abraham Weinstock, Appellant, v. Clarendon Improvement Company and National Surety Company, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Woodward, Jenks, Burr, Thomas and Rich, JJ.

Allen Ainsworth, Respondent, v. Dutchess Hat Works, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Rich and Miller, JJ., concurred; Burr, J., dissented.

Bertram L. Aldrich, Appellant, v. Borden's Condensed Milk Company, Respondent, Impleaded with Nassau Electric Railroad Company, Defendant.— Order setting aside verdict and granting a new trial reversed, and verdict reinstated, with costs, upon the ground that the verdict was sustained by the evidence, and that no errors were committed upon the trial justifying the order appealed from. Woodward, Burr and Miller, JJ., concurred; Jenks and Rich, JJ., dissented.

William O. Badger, Appellant, v. Hamilton Fire Insurance Company, Respondent.— Interlocutory judgment affirmed, with costs, on the opinion of Mr. Justice Thomas at Special Term. (Reported in 65 Misc. Rep. 596.) Hirschberg, P. J., Woodward, Jenks and Miller, JJ., concurred.

James F. Barsantee, Respondent, v. Clyde Steamship Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

James F. Barsantee, Respondent, v. Clyde Steamship Company, Appellant.— Order denying motion for new trial affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Vingenzo Brangaccio, Respondent, v. Weber Piano Company, Appellant.— Order in so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Miller, JJ., concurred.

Alex. Butnors, Appellant, v. National Sugar Refining Company, Respondent.— Judgment and order reversed and new trial granted, costs to abide the event, for error in excluding evidence to show the condition of the belt before the accident. Hirschberg, P. J., Woodward, Jenks, Thomas and Miller, JJ., concurred.